# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**LEE ANN TAYLOR**                                                                               **PLAINTIFF**

**V.**                                             **CIVIL ACTION NO. 3:20CV325-MPM-RP**

**AJINIMOTO FOODS NORTH AMERICA, INC.**                  **DEFENDANT**

## JUDGMENT OF DISMISSAL

Plaintiff Lee Ann Taylor filed suit on December 10, 2020. Docket 1. On May 18, 2022, counsel for plaintiff was allowed to withdraw and the court ordered that "Plaintiff has until June 17, 2022 to retain other counsel, to notify the court that she intends to proceed without an attorney, or to notify the court that she intends not to prosecute this case further." Docket 59. Additionally, the Order Granting Motion to Withdraw advised that "failure to comply with Orders of this court may result in sanctions, up to and including dismissal of the case, as failure to comply with this Order or other Orders may lead to a presumption that it has chosen not to proceed with this case." Plaintiff did not respond to the Order Granting Motion to Withdraw and on June 23, 2022, the undersigned entered an Order to Show Cause directing plaintiff to show cause why her case should not be dismissed no later than July 7, 2022. Again, Plaintiff did not respond to the Show Cause Order and the time for a response has expired. In accordance with the court's June 23, 2022 Order, the plaintiff's claims are hereby dismissed, and the case is closed and removed from the court's docket.

This, the 8th day of August, 2022.

                                                   /s/ Michael P. Mills
                                                   UNITED STATES DISTRICT JUDGE
                                                   NORTHERN DISTRICT OF MISSISSIPPI